

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00060-CV

GMK CONSTRUCTION LLC D/B/A MAKARIOS CONSTRUCTION CO., Appellant

V.

GREGORY OSTERTAG AND SHANNON OSTERTAG, Appellees

On Appeal from the 62nd District Court
Franklin County, Texas
Trial Court No. 11886

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

The appellant, GMK Construction LLC d/b/a Makarios Construction Co., has filed a motion, through counsel, to extend the deadline for filing its brief in this matter. The brief was due January 4, 2017.

In the motion, counsel does not provide the Court with any explanation, much less a reasonable one, of the need for an extension of time. This Court interprets Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure as requiring counsel to provide specific information to justify a requested extension, including the cause numbers of cases in which other briefs were filed; the dates they were filed; the dates, cause numbers, and courts of matters scheduled for trial; the exact dates of trial (if known); the expected duration of trial; etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(1).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we partially grant the appellant's motion seeking a ninety-day extension of the filing deadline by extending the deadline for filing its brief by thirty days, making the brief now due February 3, 2017. Additional requests for extensions of time will not be looked upon with favor.

IT IS SO ORDERED.

BY THE COURT

Date: January 10, 2017

2